IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. *3:16cr23CWR FKB*

ANTWON FLOYD                                          21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
MAR 22 2016
ARTHUR JOHNSTON   DEPUTY
BY

On or about February 19, 2014, in Copiah County, in the Northern Division of the

Southern District of Mississippi, and elsewhere, the defendant, **ANTWON FLOYD**,

knowingly and intentionally possessed with the intent to distribute 5 grams or more of

actual methamphetamine, a Schedule I narcotic controlled substance.

All in violation of Section 841(a)(1), Title 21, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant

shall forfeit to the United States all property involved in or traceable to property involved

in the offense, including but not limited to all proceeds obtained directly or indirectly

from the offenses, and all property used to facilitate the offense. Further, if any property

described above, as a result of any act or omission of the defendant: (a) cannot be located

upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a

third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been

substantially diminished in value; or (e) has been commingled with other property, which

cannot be divided without difficulty, then it is the intent of the United States to seek a

judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the _22nd_ day of March, 2016.

UNITED STATES MAGISTRATE JUDGE